UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ALYESA DUWE,

      Plaintiff(s),

v.

SARABJIT SINGH and 6476171
CANADA, INC.,

      Defendant(s).

Case No. 1:26-cv-10066

Honorable Robert J. White

## ORDER SCHEDULING TEAMS STATUS CONFERENCE IN PLACE OF IN-PERSON SETTLEMENT CONFERENCE

On February 23, 2026, District Judge Ludington granted the parties stipulation and extended scheduling order dates and deadlines, ECF No. 8. However, this case has been reassigned to District Judge Robert J. White, so a status conference is scheduled to discuss the parties' scheduling needs with Judge White's docket and case management requirements, so the Court **ORDERS**:

**A.** *Date and Location*. A status conference with counsel only is scheduled for **July 21, 2026** at **3:00 p.m**. in place of the previously scheduled in-person settlement conference. **The status conference shall occur over Microsoft Teams. Attendance instructions will be emailed to counsel ahead of the conference.** Do not contact the Court to confirm the conference date; if it is still on the docket, the conference will proceed as planned.

**B.** *Matters to be considered*. The purpose of the conference is to review the status of the case regarding remaining discovery needs and rescheduling dispositive motion cutoff deadline, Motion *in limine* deadline, pretrial submissions, a Final Pretrial Conference date and firm Jury trial date.

**D.**    *Sanctions*. The failure of counsel to appear or participate in status

conference may result in the imposition of any of the sanctions, including dismissal of the action or entry of default, as appropriate.

   **E.** *Case manager*. Tara Villereal, tara_villereal@mied.uscourts.gov, (313) 234-5180.


Dated: June 2, 2026                              s/Robert J. White
                                                 Robert J. White
                                                 United States District Judge